United States District Court
Southern District of Texas

**ENTERED**

May 15, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DEBRA KOHLHEIM and LAWONNE ELEANORA-WELLS, Plaintiffs, | § § § § § § | CIVIL ACTION NUMBER 4:26-cv-02042 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| BRENDA CURTIS, *et al*, Defendants. | § § § | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiffs Debra Kohlheim and Lawonne Eleanora-Wells proceed here *pro se*. They bring claims against Defendants Brenda Curtis, Lytia Williams, Sherry Tsigounis, Viola Epps, Stephanie Wheeler, Lamont Bruce, and the Maryland State Department of Education, Office of Child Care, for negligence, defamation, and fraud related to the alleged denial of a contract. See Dkts 1-3 at 10–13 (original petition), 193–94 (amended petition). After removing this action to federal court, Defendants jointly moved to dismiss all claims for lack of personal jurisdiction. Dkt 4.

The matter was referred for disposition to Magistrate Judge Christina A. Bryan. Dkt 11. She issued a Memorandum and Recommendation recommending that the motion be granted because Plaintiffs did not carry their burden of demonstrating Defendants have contacts with Texas sufficient to satisfy general or specific jurisdiction. Dkt 12 at 5–6. She also recommends that request by Plaintiffs to remand this action be denied because diversity

jurisdiction was properly established and removal was timely. Id at 6–7.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 12.

The request by Plaintiffs Debra Kohlheim and Lawonne Eleanora-Wells to remand is DENIED. Dkt 9.

The motion by Defendants Brenda Curtis, Lytia Williams, Sherry Tsigounis, Viola Epps, Stephanie Wheeler, Lamont Bruce, and the Maryland State Department of Education, Office of Child Care, to dismiss for lack of personal jurisdiction is GRANTED. Dkt 4.

This action is DISMISSED WITHOUT PREJUDICE.

A final judgment will issue by separate order.

SO ORDERED.

Signed on May 15, 2026, at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge